IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Melissa Mees on behalf of
herself and on behalf of all
other similarly situated,

       Plaintiff,

  v.                                  Case No. 2:14-cv-142

Skreened, Ltd.,

       Defendant.

ORDER

By order dated October 7, 2015, this court referred this matter to Magistrate Judge Terence P. Kemp to hold a fairness hearing on the proposed class settlement and to issue a report a recommendation on final approval of the settlement. The magistrate judge held a fairness hearing, on December 16, 2015, and on January 6, 2016, the magistrate judge issued a report and recommendation recommending that final settlement approval be granted.

The report and recommendation specifically advised the parties that the failure to object to the report and recommendation within fourteen days of the report would result in a "waiver of the right to have the district judge review the Report and Recommendation de novo, and ... a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 46, pp. 15-16. The time period for filing objections to the report and recommendation has expired, and no objections have been filed.

The court agrees with the Report and Recommendation (Doc. 46), and it is hereby adopted. The court approves the settlement proposed by the parties. Counsel are directed to submit a proposed

order and judgment approving the final settlement within fourteen days of the date of this order.

Date: January 26, 2016        _____s/James L. Graham_____
                              James L. Graham
                              United States District Judge